**Exhibit A to the Complaint**

**Location:** San Francisco, CA  
**Total Works Infringed:** 42  

**IP Address:** 24.4.36.115  
**ISP:** Comcast Cable

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 1 | 1622395FAB45AD3232279ED2EB045E13AC88C8F7 | Blacked | 10/15/2017 20:59:11 | 10/07/2017 | 10/22/2017 | PA0002058300 |
| 2 | 071CF9CB4A48AC5C15158A244844A3B5DF6D6BCE | Blacked | 07/10/2017 04:51:37 | 06/19/2017 | 07/06/2017 | 15584064069 |
| 3 | 07D7E8C01244DE2B45F694EC522F904112E41652 | Vixen | 08/13/2017 04:17:20 | 08/12/2017 | 08/17/2017 | 15732986308 |
| 4 | 1119259CCABB1B1FD9EB4822E17BE0340784DD1C | Tushy | 06/10/2017 20:29:28 | 06/10/2017 | 07/06/2017 | 15583057070 |
| 5 | 1498C58B735F8C7D9AD928026571D4B1B5756E61 | Vixen | 06/04/2017 00:05:28 | 06/03/2017 | 07/06/2017 | 15584691685 |
| 6 | 14D2C680AA1DD5543C0413431AA079A985B0DC73 | Blacked | 10/06/2017 06:23:56 | 10/02/2017 | 10/10/2017 | 15894022390 |
| 7 | 1C2C06D480942F4FE7FDCED4759E93805E02B54B | Tushy | 05/21/2017 20:49:45 | 05/21/2017 | 06/22/2017 | PA0002039282 |
| 8 | 1C61ABC608F28FE0EB1B8115519CA139B67455B0 | Blacked | 09/30/2017 23:46:39 | 09/07/2017 | 09/14/2017 | PA0002052840 |
| 9 | 22883186DAB5FCA92C8513AD939652BCB867FD5C | Tushy | 08/20/2017 12:23:04 | 08/19/2017 | 08/24/2017 | 15894022311 |
| 10 | 23C75D98A22B6821F255E85F2ED58CC5CEC8E2DD | Blacked | 09/28/2017 05:30:52 | 09/27/2017 | 10/10/2017 | 15894023060 |
| 11 | 2DF6105079B3741549CB8B00DAE926D8BA035B02 | Vixen | 06/17/2017 04:18:26 | 06/13/2017 | 07/06/2017 | 15584691589 |
| 12 | 3637879FCB7A309DC4BA4B9F7C2D9FB1905E7544 | Tushy | 09/29/2017 02:15:59 | 09/28/2017 | 10/10/2017 | 15894022733 |
| 13 | 46B6BC58D9419E580B5EF739E510D46E8280A10D | Tushy | 08/20/2017 12:20:14 | 08/14/2017 | 08/17/2017 | PA0002048391 |
| 14 | 48F0D5FBC0D37A6E170636BCB41E5C01D08284A4 | Vixen | 08/18/2017 10:23:21 | 08/17/2017 | 08/24/2017 | 15894022586 |
| 15 | 499F37089DA577B6E506507EDA234754DE218EE3 | Vixen | 06/11/2017 20:36:03 | 06/08/2017 | 07/06/2017 | 15584691637 |
| 16 | 4F0D3D0FD3F88791F4933080453A052BE6924F22 | Tushy | 10/08/2017 21:35:06 | 10/08/2017 | 10/22/2017 | PA0002058298 |

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 17 | 64683F0353A903719B39E742A35B975B17849BF7 | Vixen | 09/08/2017 10:31:44 | 07/28/2017 | 08/10/2017 | PA0002046871 |
| 18 | 71E3A2888C2DB58BBCE9353A68D2FF80359E304A | Blacked | 07/10/2017 04:55:22 | 06/29/2017 | 07/06/2017 | 15584063973 |
| 19 | 76643D3E3E7CE8687DD1596C2359DD458143381D | Vixen | 09/27/2017 06:36:51 | 09/26/2017 | 10/10/2017 | 15894022782 |
| 20 | 7791DC7179F9F188421E3A5717EB3454762A2897 | Tushy | 08/31/2017 02:49:39 | 08/29/2017 | 09/07/2017 | 15894022439 |
| 21 | 7AFD6263D69464ABDE7303A7A15D17076B979938 | Vixen | 08/06/2017 10:00:48 | 08/02/2017 | 08/17/2017 | 15732903934 |
| 22 | 7F60E5679CD0B8BA8E55083B48D3C62E794934D5 | Tushy | 05/27/2017 03:50:13 | 05/26/2017 | 06/22/2017 | PA0002039288 |
| 23 | 84BEF1867B3EF57983478E33EBCC9E016308D060 | Tushy | 05/13/2017 15:17:40 | 05/11/2017 | 06/22/2017 | PA0002039286 |
| 24 | 84C01FA0E5D76CA23530990E9E685C47C10169FC | Blacked | 08/19/2017 18:06:47 | 08/18/2017 | 08/24/2017 | 15894022488 |
| 25 | 9280249B10A44E38C995023927D8A3E84672F746 | Tushy | 09/04/2017 07:50:54 | 09/03/2017 | 09/10/2017 | PA0002052851 |
| 26 | 9D5513F0563852D9FB73EDC7D6318A6BB04334D9 | Tushy | 10/15/2017 21:23:35 | 09/18/2017 | 09/28/2017 | 15894022252 |
| 27 | A5FA84BEBC5D2C5A5330581452C032D90577EDC1 | Tushy | 08/05/2017 06:01:32 | 08/04/2017 | 08/17/2017 | 15732903865 |
| 28 | AAAC65644F63B04323B3C8BC45E58DEA991BD26E | Tushy | 09/25/2017 03:48:25 | 09/23/2017 | 10/02/2017 | 15893930182 |
| 29 | AB2C2652EC78AC4AD337CC03DF87E970DCED6443 | Blacked | 06/05/2017 00:24:37 | 06/04/2017 | 07/06/2017 | 15584691223 |
| 30 | AB6FFB0FD899B425F25C5D577CC4811AF5EC369B | Blacked | 09/08/2017 10:37:39 | 07/19/2017 | 08/11/2017 | PA0002046876 |
| 31 | AFAA652DCC9E0058185F2612214E8923FDE05918 | Tushy | 07/29/2017 17:49:37 | 07/25/2017 | 08/11/2017 | PA0002046870 |
| 32 | B378CAEB9DFA80E256C29E523B89DDF82169A9A8 | Vixen | 07/15/2017 08:45:24 | 07/08/2017 | 08/17/2017 | 15732903239 |
| 33 | C496C2BFE4C6D994F43DC665F2CBEE16FE85777A | Tushy | 06/05/2017 21:52:25 | 06/05/2017 | 07/06/2017 | 15583057012 |
| 34 | CA6678C58C405A501AF293322491A7DBD8B843A4 | Tushy | 07/15/2017 19:53:32 | 07/15/2017 | 08/10/2017 | 15711014757 |

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 35 | CC4D89C30BD65D68546BCF62ACE381585BD879EF | Blacked | 09/11/2017 02:43:36 | 04/25/2017 | 06/15/2017 | PA0002037576 |
| 36 | D62650B301D2A81356613A6E0325CE34B399EDCF | Blacked | 07/10/2017 04:57:00 | 06/24/2017 | 07/06/2017 | 15584064021 |
| 37 | D629C1BE08933BB60DF199F6F24E3812EA2C6C73 | Blacked | 10/15/2017 21:05:38 | 10/12/2017 | 10/22/2017 | PA0002058296 |
| 38 | DDDE3C1E38BE459DA57A781AA618792652E406F3 | Vixen | 10/04/2017 03:24:00 | 10/01/2017 | 10/10/2017 | 15894022684 |
| 39 | E17386891F4078C6AF9BBADEF01DEA189F76D095 | Tushy | 09/24/2017 21:15:45 | 09/13/2017 | 09/25/2017 | 15894022635 |
| 40 | E3EDEB068EFEC672F08F6D1B0A91619FCC9E5C53 | Tushy | 06/24/2017 21:26:49 | 06/20/2017 | 07/06/2017 | 15584063275 |
| 41 | E6B69D8BD2357CED77EA3A2ADD13CAF33C065314 | Vixen | 10/08/2017 00:41:26 | 10/06/2017 | 10/22/2017 | 15918925981 |
| 42 | F8FEB2EE6C17B37610C5B2AE85F0266CB0C5C5BD | Blacked | 07/04/2017 20:31:52 | 07/04/2017 | 07/06/2017 | 15584063685 |