Steven C. Vondran, SBN 232337
**THE LAW OFFICES OF STEVEN C. VONDRAN, PC**
One Sansome Street, Suite 3500
San Francisco, California 94104
Telephone: (877) 276-5084
Facsimile: (888) 551-2252
steve@vondranlegal.com

Attorney for IP ADDRESS 24.4.36.115

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC.<br><br>        Plaintiff,<br><br>    vs.<br><br>John Doe subscriber assigned IP address 24.4.36.115<br>        Defendants. | No. 3:17-cv-0661-EDL<br><br>**NOTICE OF APPEARANCE FOR IP address 24.4.36.115** |

Please take notice that Steven C. Vondran, Esq. of The Law Offices of Steven C. Vondran PC, hereby appears as counsel on behalf of IP address 24.4.36.115.

    DATED this 22nd day of June, 2018.

                            **THE LAW OFFICES OF STEVEN VONDRAN, P.C.**


                        By /S/ Steve Vondran
                            Steven C. Vondran, Esq.
                            *Attorneys for IP address 24.4.36.115*

**ORIGINAL** of the foregoing *e-filed* this 22nd day of June 2018, with:

UNITED STATES DISTRICT COURT

**Honorable Elizabeth D. Laporte**

*San Francisco Courthouse,*
*Courtroom E - 15th Floor*
*450 Golden Gate Avenue, San Francisco, CA 94102*

**COPY** *mailed* this date to:

Fox Rothschild LLP
10250 Constellation Boulevard, Suite 900
Los Angeles, California  90067
**Attn: Lincoln Dee Bandlow, Esq.**
Facsimile:  (310) 556-9828
Email: lbandlow@foxrothschild.com

    Executed on June 22nd, *2018,* at Phoenix, Arizona.

                             By:   */s/     Lisa Vondran* _____
                                     Lisa Vondran, Assistant